IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSEPH A. NAVARRO, | § § § | |
| *Plaintiff,* | § § | SA-18-CV-00724-FB |
| vs. | § § | |
| VIA METROPOLITAN TRANSIT, LEO TELLEZ, STEVIE SMITH, | § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court in the above-styled cause of action is Plaintiff's Motion for Extension of Scheduling Order Deadline for Completion of Discovery and to Continue Response to Defendant's Motion for Summary Judgment [#47]. By his motion, Plaintiff asks the Court to continue the discovery deadline and the deadline to respond to Defendant's motion for summary judgment by 120 days due to the COVID-19 pandemic and other scheduling issues. Defendant opposes the requested extension.

The Court will deny the request for an extension of the discovery deadline. The discovery deadline expired on February 28, 2020, over a month before Plaintiff filed the motion for an extension of time and weeks before the COVID-19 pandemic's effects were felt in Texas.

The Court will grant the request for an extension of time to respond to Defendant's motion for summary judgment due to the COVID-19 pandemic. The Court is cognizant that many parties and attorneys are juggling unusual personal and work demands at this time. The Court will grant Plaintiff 30 days from the date of this Order to respond to the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Extension of Scheduling Order Deadline for Completion of Discovery and to Continue Response to Defendant's Motion for Summary Judgment [#47] is **GRANTED IN PART AND DENIED IN PART** as follows:

Plaintiff's request for an extension of the discovery deadline is **DENIED**.

Plaintiff's request for an extension of time to respond to Defendant's Motion for Summary Judgment is **GRANTED**. Plaintiff's response to the motion is due on or before **May 6, 2020**.

SIGNED this 6th day of April, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE